# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MEAGAN SIMMONS,

    Plaintiff,

v.

INSTANT CHECKMATE, INC.,

    Defendant.

Case No: 8:14-cv-00756-MSS-TGW

## STIPULATION OF VOLUNTARY DISMISSAL

**WHEREAS**, Plaintiff Meagan Simmons agrees to voluntarily dismiss this action with prejudice; and

**WHEREAS**, Plaintiff and Defendant Instant Checkmate, Inc., stipulate and agree that all parties in this action shall bear their own attorney's fees and costs;

**IT IS HEREBY STIPULATED AND AGREED** among the parties that, pursuant to the terms of Federal Rule of Civil Procedure 41(a)(1), this action shall be, and hereby is, **DISMISSED WITH PREJUDICE**, and that all parties shall bear their own attorney's fees and costs.

Dated: April 11, 2014

By:   Matthew A. Crist
J. Daniel Clark, FBN 0106471
Matthew A. Crist, FBN 0035539
CLARK & MARTINO, P.A.
3407 West Kennedy Blvd.
Tampa, FL 33609
Telephone: (813) 879-0700
Facsimile: (813) 879-5498

*Counsel for Plaintiff Meagan Simmons*

Dated: April 11, 2014 By: <u>Herman J. Russomanno III</u>
Herman J. Russomanno III (FBN 240346)
Robert J. Borrello (FBN 764485)
Herman J. Russomanno (FBN 21249)
RUSSOMANNO & BORRELLO, P.A.
Museum Tower – Penthouse 2800
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 373-2101
Facsimile: (305) 373-2103

Damon W.D. Wright
Venable LLP
575 7th Street, N.W.
Washington, DC 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

*Counsel for Defendant Instant Checkmate, Inc.*